UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 07-0562 (GK) |
| MARK V. ROSENKER, ) | |
| Chairman, National Transportation Safety Board ) | |
| 490 L'Enfant Plaza, SW, ) | |
| Washington, DC 20594 ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: December 6, 2007
       Washington, D.C.

                                    Respectfully submitted,

                                    /s/
                                    _____
                                    BRIAN P. HUDAK
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, NW
                                    Washington, DC 20530
                                    (202) 514-7143
                                    brian.hudak@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2007, a true and correct copy of the above Notice of Appearance was served upon Pro Se Plaintiff Richard Miller, by first class United States mail, postage prepaid, to:

>Richard Miller
>1515 Arlington Ridge Rd., #304
>Arlington, VA 22202

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov