UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) ) Plaintiff, ) ) v. ) ) MARK V. ROSENKER, ) Chairman, National Transportation Safety Board ) ) Defendant. ) ) | Civil Case No. 07-0562 (GK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR MOVE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Mark V. Rosenker, Chairman, National Transportation Safety Board ("Defendant" or "NTSB"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering or moving as to the Complaint from January 22, 2008 to February 15, 2008. Plaintiff has graciously consented to the relief sought by this motion. The grounds for such relief are set forth below.

Plaintiff purports to bring this case pursuant to Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act seeking redress for alleged discrimination, though from the face of the Complaint it is unclear which acts Plaintiff believes were discriminatory. The U.S. Attorney's Office was served with the Complaint on November 20, 2007. Promptly after the U.S. Attorney's Office was served, defense counsel contacted the NTSB to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials and prepare a response, matters and

deadlines in other pending cases have prevented the completion of an appropriate response. Accordingly, deferring the filing of Defendant's answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Complaint be extended to, and including, February 15, 2008. A proposed order is attached.

Dated: January 17, 2008
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2008, a true and correct copy of the above Consent Motion for an Enlargement of Time to Answer or Move was served upon Pro Se Plaintiff Richard Miller, by first class United States mail, postage prepaid, to:

Richard Miller
1515 Arlington Ridge Rd., #304
Arlington, VA 22202

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-0562 (GK) |
| ) | |
| MARK V. ROSENKER, ) | |
| Chairman, National Transportation Safety Board ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's first consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, February 15, 2008, to respond to the Complaint in this action.

_____                    _____
Date                                                                       GLADYS KESSLER
                                                                                  United States District Judge


Copies to Counsel of Record by CM/ECF.