UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK V. ROSENKER, )<br>Chairman, )<br>National Transportation )<br>  Safety Board )<br>)<br>Defendant, )<br>) | Civil Action No. 07-562 (GK) |

### CLAIMANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Plaintiff, Richard Miller, respectfully moves this Court for an enlargement of time of to answer or otherwise respond to Defendant's Motion to Dismiss filed on February 15, 2008 and the Judge Kessler's Order of March 11, 2006 requesting response by April 10, 2008.. Plaintiff is proceeding pro se.  Plaintiff contacted the Justice Department lawyer who is representing Defendant and advised of Plaintiff's intention to file this motion. Defendant consented to the motion.

Plaintiff requests this extension due to his increasing disabling physical and psychological health problems, including hospitalization.  As an only child, Plaintiff has had to spend significant time taking care of his mother here and in North Carolina.

**RECEIVED**

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, Plaintiff respectively requests an enlargement of time of 60 days to file an answer or otherwise respond to the motion. A Proposed Order is submitted herewith.

Respectively submitted

Richard Miller
1515 S. Arlington Ridge Road, Apt. 304
Arlington, Va. 22202
202 365-1061
rmiller707 @yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of April, I have caused a copy of the foregoing motion to be mailed postage prepaid, to Brian P. Hudak, Assistant United States Attorney, 555 4th Street, NW, Washington D.C. 20530, 202 514-7143.

*Richard Miller*

Richard Miller
1515 S. Arlington Ridge Rd.,
Apt. 304
Arlington, Va. 22202
202 365-1061

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, </br></br>Plaintiff, </br></br>v. </br></br>MARK V. ROSENKER, </br>Chairman, </br>National Transportation </br>Safety Board </br></br>Defendant, | Civil Action No. 07-562 (GK) |

### ORDER

Upon Consideration of the Plaintiff's Unopposed Motion for Leave to Respond to All Pending Motions and the Defendant on or before June 4, 2008, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the Plaintiff shall respond to Defendant's Motion to Dismiss and file an answer or otherwise respond to the Defendant on or before June 4, 2008.

It is SO ORDERED this _____ day of April, 2008.

_____
Gladys Kessler
United States District Judge