IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
CIRCUIT
2008 APR 17 PM 4:12
FILING DEPOSITORY

)
RICHARD MILLER )
)
    Plaintiff, )
)
V. )
) Civil Actions Nos.
    MARK V. ROSENKER, ) 07-01832 (GK)
) 07-0562 (GK)
) 06-01071 (GK)
Chairman, )
NATIONAL TRANSPORTATION )
SAFETY BOARD )
)
    Defendant )
)

**Pro Se Motion for Electronic Filing Based
Upon Plaintiff's Need to Have Access to Filings**

Plaintiff obtained electronic access to case number 05-2478 on September 20, 2007.

Plaintiff now respectively request access for electronic filing for his other cases of Richard

Miller v. Mark V. Rosenker, Chairman, National Transportation Safety Board. The case

numbers for the requested electronic filing are 07-01832 (GK), 07-0562 (GK), and 06-01071

(GK). Mr. Miller would be greatly prejudiced and irreparably harmed should he be required

to proceed and meet current deadlines established by this Court without legal representation.

Respectively Submitted

Richard Miller
1515 S. Arlington Ridge Road, #304
Arlington, Va. 22202
202 365-1061
rmiller707@yahoo.com

RECEIVED
APR 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on April 17, 2008, a true and accurate coy of the foregoing was mailed, postage prepaid to:

>John G. Interrante
>Assistant United States Attorney
>Civil Division, Room E-4806
>555 4th Street, NW
>Washington, D.C. 20530
>
>Brian P. Hudak
>Assistant United States Attorney
>555 4th Street NW
>Washington, D. C. 205030

>Respectively submitted,
>
>*/s/ Richard Miller*
>Richard Miller
>1515 S. Arlington Ridge Road, #304
>Arlington, Va. 22202
>202 365-1061
>rmiller707@yahoo.com