**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

$00.410
APR 08 2008
MAILED FROM ZIPCODE 20001

Richard Miller
1515 Arlington Boulevard
Apartment 304
Arlington, Virginia 22202

NIXIE   201 DE 1   00 04/10/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001289999   *2131-20752-08-40