UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER,  )<br>　)<br>　　Plaintiff,　　)<br>　)<br>v.　　　　　　　)<br>　)<br>MARK V. ROSENKER, Chairman, National  )<br>Transportation Safety Board　　)<br>　)<br>　　Defendant.　　)<br>　) | Civil Action Nos.<br>06-1071 (GK) and 07-0562 (GK) |

### UNOPPOSED MOTION TO CONTINUE CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Mark V. Rosenker ("Defendant'), Chairman, National Transportation Safety Board ("Agency"), respectfully moves, by and through his undersigned counsel, to continue the Court conference currently scheduled for August 21, 2008. Undersigned counsel has conferred with Plaintiff's counsel and has learned that Plaintiff does not oppose this motion. The grounds for such relief are set forth below.

Plaintiff purports to bring these actions pursuant to Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act and other statutes. In *Miller v. Rosenker*, Civ. A. No. 06-1071 (GK) (D.D.C.) ("*Miller II*"), Defendant moved to the dismiss the complaint on February 27, 2007. Plaintiff opposed that motion on November 19, 2007, and Defendant submitted his reply on December 20, 2007. Defendant's motion to dismiss remains pending before the Court.

In *Miller v. Rosenker*, Civ. A. No. 07-0562 (GK) (D.D.C.) ("*Miller III*"), Defendant moved to dismiss the complaint on February 15, 2008. On August 8, 2008, Defendant further moved to treat is motion to dismiss as conceded. On August 11, 2008, Plaintiff moved for leave

to file an opposition to Defendant's motion to dismiss, which the Court granted on August 12, 2008. Defendant's reply on his motion to dismiss appears to be due on August 22, 2008. Defendant's motion to dismiss and motion to treat as conceded (to the extent that motion was not mooted by the Court granting Plaintiff leave to file an opposition) remain pending before the Court.

On July 28, 2008, the Court entered a Minute Order (the "Minute Order") setting a scheduling conference for August 21, 2008, and ordering the parties to submit a joint 16.3 report ("Joint Report") seven days prior to that date. Further, the Court's Minute Order invited the parties to move to reschedule the conference if the date and time were not convenient for the parties.

In order to obtain assistance in formulating Defendant's portion of the Joint Report, undersigned counsel conferred with Agency counsel. Undersigned counsel with the assistance of Agency counsel have formulated Defendant's portions of the Joint Report, and the parties appear prepared to file that report today -- *i.e.*, the date set by the Court's Minute Order. However, undersigned counsel has learned that Agency counsel is unable to attend the August 21, 2008, scheduling conference due to a previously existing commitment. Accordingly, Defendant respectfully requests that the Court continue the August 21, 2008, status conference. Due to matters and deadlines in other pending cases and other preexisting conflicts, undersigned counsel and agency counsel would respectfully request that the conference be rescheduled at any time on one of the following days: September 3 to 5, 2008; September 8, 2008; or after September 21, 2008. Plaintiff's counsel has indicated to undersigned counsel that they are also available on these dates.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested continuance. Allowing Agency counsel to be present at the scheduling conference serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court continue the August 21, 2008, scheduling conference. A proposed order is attached.

Dated: August 12, 2008
   Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK V. ROSENKER, Chairman, National Transportation Safety Board<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action Nos.<br>)　06-1071 (GK) and 07-0562 (GK)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion to continue the August 21, 2008, scheduling conference, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the scheduling conference is hereby continued to September \_\_\_\_\_, 2008 at _____ a.m./p.m.

_____ 　　　　　　　　　　　_____
Date 　　　　　　　　　　　　　　　　　　　GLADYS KESSLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge


Copies to Counsel of Record by CM/ECF.