UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER,

    Plaintiff,

v.

MARK V. ROSENKER, Chairman
NATIONAL TRANSPORTATION
SAFETY BOARD,

    Defendant.

Case No. 07-0562 (GK)

Electronic Case Filing

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TREAT DEFENDANT'S MOTION TO DISMISS AS CONCEDED

    Plaintiff Richard Miller respectfully opposes Defendant's motion to treat Defendant's motion to dismiss (Docket No. 15) this suit as conceded. As evidenced by Plaintiff's Opposition to Defendant's Motion to Dismiss, dated August 12, 2008 (Docket No. 17), Plaintiff plainly does not concede the motion. As explained in that brief, the Complaint alleges facts that would justify equitable relief from any procedural shortcomings, and Plaintiff incorporates that brief here by reference.

    For the reasons set for above, and for all the reasons set forth in Plaintiff's Opposition to Defendant's Motion to Dismiss, Mr. Miller respectfully requests that the court deny Defendant's Motion to Treat Defendant's Motion to Dismiss as Conceded.

Dated:  August 26, 2008                                  Respectfully submitted,

    / s / Carl S. Nadler
Carl S. Nadler (Bar No. 395729)
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC  20036
Phone:  202-912-2000
Fax:  202-912-2020

*Attorney for Plaintiff Richard Miller*

2

**CERTIFICATE OF SERVICE**

    I, Carl S. Nadler, hereby certify that I filed a copy of the foregoing document with the Court on August 26, 2008, through the ECF filing system, which will cause a copy to be served upon all counsel of record.

                                                   / s /  Carl S. Nadler
                                                       Carl S. Nadler